FILED
March 03, 2017
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER -TELEPHONE CONFERENCE/HEARING

JUDGE: McBryde
LAW CLERK: Bryan Hollmann
COURT REPORTER: Debbie Saenz

---

Case No.: 4:16-CV-1136-A
Cable v. Evanston Insurance Co.

Date Held: March 3, 2017    Time:  4:00 p.m. - 4:02 p.m. (2 minutes)

---

Counsel for plaintiff:        Preston Dugas

Counsel for defendant:        Alicia Curran

==========================================================================
Telephone conference re:  Notice of Settlement.

The court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Order to follow.

Conference concluded.